UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>CYNTHIA MABEL ARANA,<br><br>                            Defendant. | Case No.: 3:20-cr-02961-JAH<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF PROBATION**<br><br>**(ECF No. 47).** |
|---|---|

Pending before the Court is Defendant Cynthia Mabel Arana's Unopposed Motion for Early Termination of Probation. (ECF No. 47). The United States Probation Office and the United States Attorney's Office do not oppose Defendant's request. (*Id.* at 2). Upon consideration of the motion and § 3353(a) factors, IT IS HEREBY ORDERED Defendant's unopposed motion is GRANTED. Ms. Arana's remaining term of probation is terminated, effective as of the date of this Order.

**IT IS SO ORDERED.**

DATED: March 26, 2024

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE